The Petition of NEWTOWN CREEK TOWING COMPANY as Owner, and the Russell Bros. Towing Co. Inc., as Charterer of The Tug THE RUSSELL NO. 5, Her Engines, etc., in a Cause of Limitation of, or Exoneration from, Liability (Consolidated Cause).

Nos. 366, 367.

Circuit Court of Appeals, Second Circuit.

June 5, 1939.

Alexander, Ash & Jones, of New York City (Edward Ash and Lawson R. Jones, both of New York City, of counsel), for appellants.

Macklin, Brown, Lenahan & Speer, of New York City (Richard F. Lenahan, of New York City, of counsel), for appellant James McWilliams Blue Line, Inc.

Hill, Rivkins & Middleton, of New York City (Thomas H. Middleton, of New York City, of counsel), for appellee Charles Dreifus Co.

Mahar & Mason, of New York City (William J. Mahar, of New York City, of counsel), for appellee Kenny Scow Corporation.

Foley & Martin, of New York City, for appellee Zeller Marine Corporation.

Lynch & Hagen, of New York City (Anthony V. Lynch, Jr., and Henry C. Eidenbach, both of New York City, of counsel), for appellee James Hughes, Inc.

Before SWAN, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.

Decree 26 F.Supp. 575, affirmed.

---

In the Matter of The NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Debtor.

BANKERS TRUST COMPANY, Trustee under First and Refunding Mortgage, Dated December 9, 1920, of the New York, New Haven and Hartford Railroad Company, Appellant, v. The NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Principal Debtor, et al., Appellees.

No. 311.

Circuit Court of Appeals, Second Circuit.

April 24, 1939.

Wiggin & Dana, of New Haven, Conn. (Frederick H. Wiggin and Stewart H. Jones, both of New Haven, Conn., of counsel), for appellant Bankers Trust Co.

Eugene J. Phillips and Nathaniel W. Smith, both of Providence, R. I., Francis A. Pallotti, Atty. Gen. of Connecticut, and Harry L. Brooks, Asst. Atty. Gen. of Connecticut (Marshall Swan, of Providence, R. I., of counsel), for appellee treasurer-trustee.

Miller, Owen, Otis & Bailly, of New York City (Edward C. Bailly and Edward M. Boyne, both of New York City, of counsel), for appellee New York Life Ins. Co.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below, D.C., 27 F.Supp. 392.